**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SUSAN PFANNENSTIEL: )<br>AMBER HARRINGTON; )<br>NATASHA MCCURDY; )<br>REBECCA CORAZZIN-MCMAHAN; )<br>KIMBERLY MEADER; )<br>and )<br>JARAH COOPER; )<br>   )<br>Plaintiffs, )<br>   )<br>v. )<br>   )<br>STATE OF KANSAS; )<br>HERMAN JONES, in his individual capacity; )<br>JASON DE VORE, in his individual capacity; )<br>KRAIG KNOWLTON, in his individual capacity; )<br>MICHAEL MURPHY, in his individual capacity; )<br>ANDREW DEAN, in his individual capacity; )<br>ERIC SAUER, in his individual capacity; )<br>WESLEY LUDOLPH, in his individual capacity; )<br>and )<br>THOMAS CATANIA, in his individual capacity; )<br>   )<br>        Defendants.         ) | 2021-CV- 04006-HLT-JPO |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

COME NOW the Plaintiffs, by and through their counsel of record, Kelly J. Trussell of Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C. and hereby requests an extension of time of two (2) weeks to respond to all six (6) Motions to Dismiss in the above matter. In support hereof, Plaintiffs state the following:

1. The Plaintiffs' response to Defendants' Motions to Dismiss are currently due on October 28, 2021, and this is their second request for an extension of time as to this deadline.

2. Counsel for Plaintiffs require additional time to prepare responses.

1

3. Defendants have no objection to this requested extension.

WHEREFORE, Plaintiffs respectfully pray that this Court grant them an extension of time of two (2) weeks, up to and including November 11, 2021, to file their responses to all six (6) motions, and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Kelly J. Trussell*
Kelly J. Trussell, #23161
Sloan, Eisenbarth, Glassman, McEntire,
  & Jarboe, L.L.C.
534 S. Kansas Ave., Ste. 1000
Topeka, KS 66603
Telephone:  (785) 357-6311
Fax:  (785) 357-0152
Email:  ktrussell@sloanlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2021, I electronically filed the foregoing Motion with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gaye B. Tibbets #13240
Jon E. Newman #16612
HITE, FANNING & HONEYMAN L.L.P.
tibbets@hitefanning.com
newman@hitefanning.com
Attorneys for Defendants

*/s/ Kelly J. Trussell*