# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SUSAN PFANNENSTIEL;
AMBER HARRINGTON;
NATASHA MCCURDY;
KIMBERLY MEADER;                                 Case No.  21-cv-04006-HLT-JPO
and
JARAH COOPER;
                           Plaintiffs,

        vs.

STATE OF KANSAS;
HERMAN JONES, in his individual capacity;
JASON DE VORE, in his individual capacity;

                           Defendants.

## NOTICE OF SERVICE

        Defendant State of Kansas hereby notifies the Court that on November 2, 2022, it served

State of Kansas' Supplemental Answers to Plaintiff Kimberly Meader's First Set of Interrogatories

via e-mail to the following:

        Stephen D. Lanterman                          Alan V. Johnson
        slanterman@sloanlawfirm.com                   ajohnson@sloanlawfirm.com
                           *Attorneys for Plaintiffs*


                                   Respectfully submitted,


                                   /s/ D. Pamela Saenz
                                   Gaye B. Tibbets, #13240
                                   Jon E. Newman, #16612
                                   D. Pamela Saenz, #28948
                                   HITE, FANNING & HONEYMAN L.L.P.
                                   100 N. Broadway, Ste. 950
                                   Wichita, KS 67202-2209
                                   Telephone: (316) 265-7741
                                   Facsimile: (316) 267-7803
                                   E-mail: tibbets@hitefanning.com
                                   E-mail: newman@hitefanning.com
                                   E-mail: saenz@hitefanning.com
                                   *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of November, 2022, I electronically filed the foregoing Notice with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ D. Pamela Saenz
D. Pamela Saenz