## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUSAN PFANNENSTIEL, AMBER HARRINGTON, NATASHA MCCURDY, KIMBERLY MEADER, and JARAH COOPER,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF KANSAS, HERMAN JONES in his individual capacity, and JASON DE VORE in his individual capacity,<br><br>    Defendants. | 21-4006-HLT-ADM |

### ORDER

On November 15 and December 1, 2022, the court convened a final pretrial conference in this case. The parties appeared through counsel. As discussed in further detail on the record, the parties must submit their revisions and any comments to the current draft of the pretrial order by **December 5, 2022**. Revisions must be made in redline and submitted in Word format as an attachment to an email sent to *ksd_mitchell_chambers@ksd.uscourts.gov*. The court will reconvene the final pretrial conference on **December 7, 2022, at 3:30 p.m.** by Zoom. If the court believes that reconvening the pretrial conference is unnecessary after reviewing the parties' proposed revisions, the court will cancel the hearing.

**IT IS SO ORDERED.**

Dated December 1, 2022, at Kansas City, Kansas.

                     s/ Angel D. Mitchell
                     Angel D. Mitchell
                     U.S. Magistrate Judge