# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

SUSAN PFANNENSTIEL, AMBER
HARRINGTON, NATASHA MCCURDY,
REBECCA CORAZZIN-MCMAHAN,
KIMBERLY MEADER, and JARAH
COOPER,

       **Plaintiffs,**

       **v.**

STATE OF KANSAS, HERMAN JONES,
JASON DE VORE, MICHAEL MURPHY,
ANDREW DEAN, ERIC SAUER,
WESLEY LUDOLPH, and THOMAS
CATANIA,

       **Defendants.**

**Case No. 5:21-cv-04006-HLT**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    Pursuant to the Memorandum and Order (Doc. 98), Defendants Michael Murphy, Andrew Dean, Wesley Ludolph, Thomas Catania, and Eric Sauer are dismissed from the case.

    Pursuant to the Memorandum and Order (Doc. 212), judgment is entered in favor of Defendants State of Kansas, Herman Jones, and Jason DeVore. This case is closed.

    IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: July 19, 2023        */s/ M. Deaton*
                   By Deputy Clerk