UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

SKYLER B. O'HARA
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

Topeka, Kansas

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

August 30, 2023

KIM LEININGER
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

Clerk, U.S. Court of Appeals
 for the Tenth Circuit

District Court Case No.:   21-4006-HLT

Circuit Appeal No.:        23-3145

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____  The transcript was filed this date.

__X__  A transcript is not necessary for this appeal.

_____  The necessary transcript is already on file in the U.S. District Court.

_____  The necessary transcript was ordered previously in Appeal No. _____.

Sincerely,

SKYLER B. O'HARA, CLERK

By: s/M. Barnes
    _____

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)